1  JOSEPH P. RUSSONIELLO (CABN 44332)
2  United States Attorney

3  BRIAN J. STRETCH (CABN 163973)
   Chief, Criminal Division
4
   CYNTHIA M. FREY (CABN 150571)
5  Assistant United States Attorney
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102
        Telephone: (415) 436-7200
7       Facsimile: (415) 436-7234
        E-Mail: Cynthia.Frey@usdoj.gov
8
   Attorneys for the United States of America
9

10                    UNITED STATES DISTRICT COURT

11                 NORTHERN DISTRICT OF CALIFORNIA

12                      SAN FRANCISCO DIVISION

13  UNITED STATES OF AMERICA,          )    No.  09-0582 MHP
                                        )
14              Plaintiff,              )    STIPULATION AND [PROPOSED]
                                        )    ORDER EXCLUDING TIME BETWEEN
15           v.                         )    JUNE 10, 2009 AND JUNE 15, 2009
                                        )    FROM CALCULATIONS UNDER THE
16  JAMES GILBERT KELLEMS,             )    SPEEDY TRIAL ACT (18 U.S.C. § 3161)
                                        )
17                                      )
             Defendant.                 )
18                                      )
    _____ )
19                                      )
                                        )
20                                      )
                                        )

21      The defendant, James Gilbert Kellems, represented by Shawn Halbert, Assistant Federal

22  Public Defender, and the government, represented by Cynthia M. Frey, Assistant United States

23  Attorney, appeared before the Court on June 10, 2009 for a detention hearing.   This matter was

24  set for an initial appearance before the Honorable Judge Patel on June 15, 2009.

25      The parties agreed that time be excluded under the Speedy Trial Act between June 10,

26  2009 and June 15, 2009 for purposes of continuity of and effective preparation of counsel, in

27  //

28

    STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME
    CR No. 09-0582 MHP

order to provide defense counsel with adequate time to review the discovery and consult with the defendant.

In addition, the defendant agrees to exclude for this period of time any time limits applicable under 18 U.S.C. § 3161. The parties represent that granting the continuance, in order to provide defense counsel with adequate time to review the discovery and consult with the defendant, is necessary for continuity of defense counsel and effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The parties also agree that the ends of justice served by granting such a continuance outweighed the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).


SO STIPULATED:

JOSEPH P. RUSSONIELLO
United States Attorney


DATED: June 10, 2009                    _____/s/_____
                                        CYNTHIA M. FREY
                                        Assistant United States Attorney


DATED: June 10, 2009                    _____/s/_____
                                        SHAWN HALBERT
                                        Attorney for JAMES GILBERT KELLEMS


STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME
CR No. 09-0582 MHP                    2

Based upon the representation of counsel and for good cause shown, the Court finds that failing to exclude the time between June 10, 2009 and June 15, 2009 would unreasonably deny the defendant continuity of counsel and would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).  The Court further finds that the ends of justice served by excluding the time between June 10, 2009 and June 15, 2009 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial.

Therefore, IT IS HEREBY ORDERED that the time between June 10, 2009 and June 15, 2009 shall be excluded from computation under the Speedy Trial Act.  18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

DATED: __June 11, 2009 _____

JOSEPH C. SPERO

Judge Joseph C. Spero

STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME
CR No. 09-0582 MHP                              3