BARRY J. PORTMAN
Federal Public Defender
SHAWN HALBERT
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant James Gilbert Kellems

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR No. 09-00582 MHP |
| ) | |
| Plaintiff, ) | STIPULATION AND [PROPOSED] ORDER |
| ) | EXCLUDING TIME UNDER 18 U.S.C. § 3161 |
| v. ) | |
| ) | |
| JAMES GILBERT KELLEMS ) | |
| ) | |
| Defendant. ) | |
| ) | |

Defendant's initial appearance before this Court was on June 15, 2009. At that time, at the request of the parties, the Court set the next date for change of plea or setting to June 29, 2009.

Undersigned defense counsel has requested that the matter be continued by one week to July 6, 2009 because she has a conflicting time-sensitive meeting with a client regarding another case that will make her unavailable on Monday, June 29, 2009. Further, defense counsel believes that one additional week's time will be helpful in reaching a final plea agreement in the case. Based on the aforementioned information, the government has no objection to the request.

The parties also agree that the time between June 29, 2009 and July 6, 2009 should be excluded under the Speedy Trial Act. The continuance is necessary for continuity of defense counsel and represents the reasonable time necessary for effective preparation of counsel, 18 U.S.C. § 3161(h)(7)(A) and (7)(B)(iv), and the ends of justice served by granting such a continuance outweigh the best interests of the public and the defendant in a speedy trial. 18

1  U.S.C. § 3161(h)(7)(A).

2  SO STIPULATED:

3                                           JOSEPH P. RUSSONIELLO
                                            United States Attorney

4

5

6  DATED: June 24, 2009                    /s/
                                            CYNTHIA FREY
7                                           Assistant United States Attorney

8

9  DATED: June 24, 2009                    /s/
                                            SHAWN HALBERT
                                            Assistant Federal Public Defender

10

11     For the reasons stated above, the Court finds that the continuance of time for the next

12 hearing before this court from June 29, 2009 to July 6, 2009 is warranted because the failure to

13 grant the requested continuance would deny the defendant continuity of counsel and effective

14 preparation of counsel; thus, the ends of justice served by the continuance outweigh the best

15 interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161 (h)(7)(A).

16

17 SO ORDERED.

18

19 DATED:  June 26, 2009
                                            THE HONORABLE MARILYN HALL PATEL
                                            United ...
20                                          Judge Marilyn H. Patel

[IT IS SO ORDERED — signed, Judge Marilyn H. Patel, United States District Court, Northern District of California]

STIP. & [PROPOSED] ORDER EXCL. TIME
CR No. 09-00582 MHP                                                                    2