JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

CYNTHIA M. FREY (CABN 150571)
Assistant United States Attorney
   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7200
   Facsimile: (415) 436-7234
   E-Mail: Cynthia.Frey@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 09-0582 MHP |
|     Plaintiff, ) | STIPULATION AND [PROPOSED] |
|            v. ) | ORDER EXCLUDING TIME BETWEEN JULY 27, 2009 AND AUGUST 17, 2009 FROM CALCULATIONS UNDER THE |
| JAMES GILBERT KELLEMS, ) | SPEEDY TRIAL ACT (18 U.S.C. § 3161) |
|     Defendant. ) | |

    The defendant, James Gilbert Kellems, represented by Shawn Halbert, Assistant Federal Public Defender, and the government, represented by Cynthia M. Frey, Assistant United States Attorney, appeared before the Court on July 27, 2009 for a status hearing.  Defendant requested a continuance of this matter until August 17, 2009.  The matter was continued to August 17, 2009 for a change of plea.

    The parties agreed that time be excluded under the Speedy Trial Act between July 27, 2009 and August 17, 2009 for purposes of continuity of and effective preparation of counsel, in

STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME
CR No. 09-0582 MHP

order to provide defense counsel with adequate time to conduct additional necessary investigation.

In addition, the defendant agrees to exclude for this period of time any time limits applicable under 18 U.S.C. § 3161. The parties represent that granting the continuance, in order to provide defense counsel with adequate time to conduct additional investigation, is necessary for continuity of and effective preparation of counsel, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The parties also agree that the ends of justice served by granting such a continuance outweighed the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

SO STIPULATED:

JOSEPH P. RUSSONIELLO
United States Attorney

DATED: July 29, 2009           /s/
CYNTHIA M. FREY
Assistant United States Attorney

DATED: July 29, 2009           /s/
SHAWN HALBERT
Attorney for JAMES GILBERT KELLEMS

STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME
CR No. 09-0582 MHP                    2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Based upon the representation of counsel and for good cause shown, the Court finds that failing to exclude the time between July 27, 2009 and August 17, 2009 would unreasonably deny the defendant continuity of counsel and would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time between July 27, 2009 and August 17, 2009 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial.

Therefore, IT IS HEREBY ORDERED that the time between July 27, 2009 and August 17, 2009 shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

DATED: __7/30/2009_____

IT IS SO ORDERED
Judge Marilyn H. Patel
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME
CR No. 09-0582 MHP                                      3