1  BARRY J. PORTMAN
   Federal Public Defender
2  SHAWN HALBERT
   Assistant Federal Public Defender
3  450 Golden Gate Avenue
   San Francisco, CA  94102
4  Telephone:  (415) 436-7700

5  Counsel for Defendant James Gilbert Kellems

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | CR No. 09-0582 MHP |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND [PROPOSED] ORDER CONTINUING SENTENCING DATE |
| v. | ) | |
| JAMES GILBERT KELLEMS | ) | |
| Defendant. | ) | |

**STIPULATION**

Defendant's sentencing date is scheduled for Monday, October 5, 2009 at 9:00 a.m.  The parties received a "Criminal History Memorandum" (which also contains an offense level and a "recommended sentence") from U.S. Probation on September 25, 2009, and with the current sentencing date, the sentencing memoranda are due on September 28, 2009.

Undersigned defense counsel requests a short continuance of the sentencing date so that she can review the report with Mr. Kellems prior to filing her sentencing memorandum.  The next available date before this Court is October 26, 2009.  The government has no objection to this request.

///

///

STIP. & [PROPOSED] ORDER
CR No. 09-0582 MHP                                                                                                          1

SO STIPULATED:

JOSEPH P. RUSSONIELLO
United States Attorney

DATED: September 28, 2009                    /s/
CYNTHIA FREY
Assistant United States Attorney

DATED: September 28, 2009                    /s/
SHAWN HALBERT
Assistant Federal Public Defender

## [PROPOSED] ORDER

For the reasons stated above, the Court finds that the continuance of the sentencing date before this court from October 5, 2009 to October 26, 2009 is warranted.

SO ORDERED.

DATED:  9/30/2009

THE HON. MARILYN H. PATEL
United States District Judge

*IT IS SO ORDERED — Judge Marilyn H. Patel (United States District Court, Northern District of California)*

STIP. & [PROPOSED] ORDER
CR No. 09-0582 MHP